Print

# CASE INFORMATION

## CV-17-884185 CHAGRIN SURGERY CENTER, LLC vs. WEST AMERICAN INSURANCE COMPANY

**Summary**

| | |
|---|---|
| Case Number: | CV-17-884185 |
| Case Title: | CHAGRIN SURGERY CENTER, LLC vs. WEST AMERICAN INSURANCE COMPANY |
| Case Designation: | CONTRACT |
| Filing Date: | 08/08/2017 |
| Judge: | BRENDAN J SHEEHAN |
| Magistrate | N/A |
| Mediator: | N/A |
| Room: | N/A |
| Next Action: | CMC BY PHONE on 09/28/2017 at 09:00 AM |
| File Location: | JUDGES FILE |
| Last Status: | ACTIVE |
| Last Status Date: | 08/08/2017 |
| Last Disposition: | NEWLY FILED |
| Last Disposition Date: | 08/08/2017 |
| Prayer Amount: | $.00 |
| Court of Appeals Case: | N/A |

**Service**

| Party Role | Name | Service | Date | Response | Date |
|---|---|---|---|---|---|
| P(1) | CHAGRIN SURGERY CENTER, LLC | N/A | | | |
| D(1) | WEST AMERICAN INSURANCE COMPANY | SUMS COMPLAINT FEDERAL EXPRESS | 08/08/2017 | COMPLETED | 08/14/2017 |

**Case Parties**

**PLAINTIFF (1)** CHAGRIN SURGERY CENTER, LLC
24025 COMMERCE PARK, SUITE 2
BEACHWOOD, OH 44122

**ATTORNEY** ROBERT P RUTTER (0021907)
4700 ROCKSIDE ROAD
1 SUMMIT OFFICE PK. #650
CLEVELAND, OH 44131-0000
Ph: 216-642-1425
Answer Filed: N/A

**ATTORNEY** ROBERT A. RUTTER (0081503)
4700 ROCKSIDE ROAD SUITE 650

CLEVELAND, OH 44131-0000
Ph: 216-642-1425
Answer Filed: N/A

**DEFENDANT(1)** WEST AMERICAN INSURANCE COMPANY
50 WEST BROAD STREET, SUITE 1300
COLUMBUS, OH 43215

**Docket Information**

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 09/05/2017 | N/A | JE | CMC BY PHONE SET FOR 09/28/2017 AT 09:00 AM BY TELEPHONE. CASE MANAGEMENT CONFERENCE (CMC) WILL BE CONDUCTED BY TELEPHONE WITH THE COURT'S STAFF ATTORNEY. PLAINTIFF'S COUNSEL SHALL INITIATE CONFERENCE CALL WITH ALL OTHER PARTIES AND CONTACT THE COURT'S STAFF ATTORNEY, JAYNE JAKUBAITIS (216-443-8611) PROMPTLY AT THE APPOINTED TIME. PARTIES SHALL HAVE THEIR CALENDARS AVAILABLE AND BE PREPARED TO DISCUSS SERVICE ISSUES, DISCOVERY PROGRESS, SCHEDULING MATTERS, AND ALTERNATIVE DISPUTE RESOLUTION OPTIONS. THE PARTIES SHOULD NOT WAIT FOR THE CMC BEFORE BEGINNING TO CONDUCT DISCOVERY. ANY PARTY WHO FAILS TO PARTICIPATE IN THE CMC WILL BE DEEMED TO HAVE ACCEPTED THE SCHEDULING ORDER ESTABLISHED BY THE COURT. PARTIES MAY REQUEST THAT THE CASE MANAGEMENT CONFERENCE BE HELD IN PERSON WITH THE COURT BY FILING A MOTION AT LEAST SEVEN DAYS PRIOR TO THE SCHEDULED CASE MANAGEMENT CONFERENCE. NOTICE ISSUED | 📄 |
| 08/15/2017 | N/A | SR | FEDEX RECEIPT NO. 32957801 DELIVERED BY FEDEX 08/14/2017 WEST AMERICAN INSURANCE COMPANY PROCESSED BY COC 08/15/2017. | |
| 08/08/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 08/08/2017 | D1 | CS | WRIT FEE | |
| 08/08/2017 | D1 | SR | SUMS COMPLAINT(32957801) SENT BY FEDERAL EXPRESS. TO: WEST AMERICAN INSURANCE COMPANY 50 WEST BROAD STREET, SUITE 1300 COLUMBUS, OH 43215 | 📄 |
| 08/08/2017 | N/A | SF | JUDGE BRENDAN J SHEEHAN ASSIGNED (RANDOM) | |
| 08/08/2017 | P1 | SF | LEGAL RESEARCH | |
| 08/08/2017 | P1 | SF | LEGAL NEWS | |
| 08/08/2017 | P1 | SF | LEGAL AID | |
| 08/08/2017 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 08/08/2017 | P1 | SF | COMPUTER FEE | |
| 08/08/2017 | P1 | SF | CLERK'S FEE | |
| 08/08/2017 | P1 | SF | DEPOSIT AMOUNT PAID RUTTER & RUSSIN, L.L.C. | |
| 08/08/2017 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

**Costs**

| Account | Amount |
|---|---|
| CLERK'S FEES | $49.26 |
| COMPUTER FEES | $20.00 |
| COURT SPECIAL PROJECTS FUND | $50.00 |

| | |
|---|---|
| LEGAL AID | $25.74 |
| LEGAL NEWS | $10.00 |
| LEGAL RESEARCH - CIVIL | $3.00 |
| TOTAL COST | $158.00 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
For questions/comments please click here.
Copyright © 2017 PROWARE. All Rights Reserved. 1.1.170