**SUMMONS IN A CIVIL ACTION**    **COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17884185 | D1 FX | 32957801 |

Rule 4 (B) Ohio

Rules of Civil Procedure

## SUMMONS

CHAGRIN SURGERY CENTER, LLC    **PLAINTIFF**
VS
WEST AMERICAN INSURANCE COMPANY    **DEFENDANT**

WEST AMERICAN INSURANCE COMPANY
50 WEST BROAD STREET, SUITE 1300
COLUMBUS OH 43215

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

ROBERT A. RUTTER
4700 ROCKSIDE ROAD    SUITE 650
CLEVELAND, OH 44131-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

BRENDAN J SHEEHAN
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas



By_____
             Deputy

| DATE SENT |
|---|
| Aug 8, 2017 |

COMPLAINT FILED    08/08/2017



CMSN130



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed:
**August 8, 2017 09:06**

By: ROBERT A. RUTTER 0081503

Confirmation Nbr. 1139887

| | |
|---|---|
| CHAGRIN SURGERY CENTER, LLC | CV 17 884185 |
| vs. | **Judge:** BRENDAN J. SHEEHAN |
| WEST AMERICAN INSURANCE COMPANY | |

Pages Filed: 13

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| CHAGRIN SURGERY CENTER, LLC<br>24025 Commerce Park, Suite 2<br>Beachwood, Ohio 44122<br><br>Plaintiff<br><br>vs.<br><br>WEST AMERICAN INSURANCE<br>COMPANY<br>50 West Broad Street, Suite 1330<br>Columbus, Ohio 43215<br><br>Defendant | CASE NO.<br><br>JUDGE<br><br>**COMPLAINT FOR DECLARATORY<br>AND OTHER RELIEF**<br><br>(Jury Demand Endorsed Hereon) |

## GENERAL ALLEGATIONS

1. Plaintiff Chagrin Surgery Center, LLC ("Chagrin Surgery") is an Ohio Limited Liability Company with its principle place of business in Cuyahoga County, Ohio.

2. Defendant West American Insurance Company ("West American") is an insurance company doing business in Ohio.

3. Chagrin Surgery operates a surgical center at 24025 Commerce Park, Suite 2, Beachwood, Ohio.

4. West American insured the business personal property at Chagrin Surgery pursuant to policy number BZW 17 57 14 92 26. The effective policy period was from 6/15/2016 to 06/15/2017. The declarations pages are attached as Exhibit 1.

5. In connection with its business, Chagrin Surgery stores an inventory of optical lenses which are used for implants.

6. The lenses were stored in a "room temperature" storage cabinet in the surgical room.

7. The wholesale value of the lenses was approximately $750,000.

8. On August 15, 2016, an air conditioning unit that cooled the surgical room malfunctioned due to a mechanical problem, which caused the humidity to spike to an unnatural level rendering the lenses unfit for implantation.

9. Chagrin Surgery promptly reported the loss to West American.

10. The policy provides that West American will "pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss."

11. The lenses were Covered Property and the event occurred at the described premises.

12. The event that occurred on August 15, 2016 was covered by West American's insurance policy for the full amount of the loss.

13. West American took the position that the lenses were Perishable Goods subject to a coverage limit of only $60,000. See Exhibits 2 and 3.

## COUNT I - BREACH OF CONTRACT

14. Chagrin Surgery restates the above allegations as if contained herein.

15. On the date of the loss Chagrin Surgery had a contract with West American.

16. Chagrin Surgery has fully performed its duties under the contract.

17. West American breached the contract by failing to pay Chagrin Surgery the full amount due under the terms of the policy.

18. As a direct and proximate result of West American's breach of the insurance contract, Chagrin Surgery has been denied the policy benefits due under the contract in an amount in excess of $25,000. As a further direct and proximate result of West American's breach of the insurance contract, Chagrin Surgery has suffered other reasonably contemplated damages.

## COUNT II – DECLARATORY JUDGMENT

19. Chagrin Surgery restates the above allegations as if contained herein.

20. Plaintiff has a written contract with West American.

21. West American has denied or constructively denied plaintiff's insurance claim.

22. Pursuant to R.C. §2721.03 and R.C. §2721.04, plaintiff is entitled to a declaratory judgment from this court construing the policy and the terms, limitations, and conditions contained in the policy. Specifically, plaintiff is entitled to a declaration as to whether, based on the policy language, this is a covered claim; whether West American was allowed by the contract language to refuse to pay plaintiff based on the product being a "perishable good"; whether there is coverage only under the equipment breakdown peril; and whether Liberty is obligated to appraise the amount of the loss pursuant to the Policy's Appraisal condition.

23. Plaintiff requests this Court to resolve these disputes between the parties by issuing a declaration of rights to the extent permitted by Ohio law. The plaintiff further prays for any further relief the Court deems proper, including but not limited to, an award of attorney fees, interest, and costs, as well as judgment against the defendants as specified above.

WHEREFORE, plaintiff prays for judgment against Liberty as set forth above, plus interest, costs, and attorney fees as allowed by law, and such other relief as the Court, in the exercise of its equitable jurisdiction, deems proper.

Respectfully submitted,

/s/ Robert A. Rutter
Robert A. Rutter (0081503)
Robert P. Rutter (0021907)
RUTTER & RUSSIN, LLC
One Summit Office Park, Suite 650
4700 Rockside Road
Cleveland, Ohio 44131
(216) 642-1425
bobbyrutter@OhioInsuranceLawyer.com
brutter@OhioInsuranceLawyer.com

## JURY DEMAND

Plaintiff hereby requests, pursuant to Civil Rule 38(B), a trial by jury of the issues of the within lawsuit.

/s/ Robert A. Rutter
ROBERT A. RUTTER
Attorney for Plaintiff


### Liberty Mutual INSURANCE

Coverage is Provided in:
West American Insurance Company

## Commercial Protector Common Policy Declarations

Policy Number:
BZW(17) 57 14 92 26

Policy Period:
From 06/15/2016 To 06/15/2017
12:01 am Standard Time
at Insured Mailing Location

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| CHAGRIN SURGERY CENTER LLC<br>24025 COMMERCE PARK STE 2<br>BEACHWOOD, OH 44122 | (216) 289-1500<br>STRASSMAN INSURANCE SVC INC<br>26351 CURTISS WRIGHT PKWY<br>RICHMOND HTS, OH 44143-4412 |

Named Insured Is: LIMITED LIABILITY COMPANY

Named Insured Business Is: SURGEON OFFICE -

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

These Declarations together with the Businessowners Coverage Form (and other applicable forms and endorsements, if any, issued to form a part of them) complete this policy.

| COVERAGE PART | CHARGES |
|---|---|
| Commercial Protector | $5,641.00 |

Total Charges for all of the above coverage parts: $5,641.00
Certified Acts of Terrorism Coverage: $28.00 (Included)

*Note: This is not a bill*

## IMPORTANT MESSAGES

- Equipment Breakdown Enhancement Is Included - See Policy Forms and Endorsements summary

Servicing Office and Issue Date: Ohio Regional Office 05/02/16

Authorized Representative

Exhibit 1

To report a claim, call your Agent or 1-800-362-0000

DS 70 21 01 08

05/02/16  Electronically Filed 08/08/2020 09:08 / CV 17 884185 / Confirmation Nbr. 1139853 / CLDLM      001105      PAGE 59 OF 212



**Coverage Is Provided In:**
West American Insurance Company

## Common Policy Declarations

Policy Number:
BZW (17) 57 14 92 26
Policy Period:
From 06/15/2016 To 06/15/2017
12:01 am Standard Time
at Insured Mailing Location

**Named Insured**

CHAGRIN SURGERY CENTER LLC

**Agent**

(216) 289-1500
STRASSMAN INSURANCE SVC INC

# SUMMARY OF LOCATION(S) AND PREMIUM(S)

0001 24025 Commerce Park Ste 2, Beachwood, OH 44122-5823      $4,355.00

# POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 00 03 07 13 | Businessowners Coverage Form |
| BP 01 58 03 15 | Ohio Changes |
| BP 04 02 07 13 | Additional Insured - Managers or Lessors of Premises |
| BP 04 04 01 10 | Hired Auto and Non-Owned Auto Liability |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 04 39 07 02 | Abuse Or Molestation Exclusion |
| BP 05 17 01 06 | Exclusion - Silica Or Silica-Related Dust |
| BP 05 23 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| BP 05 77 01 06 | Fungi or Bacteria Exclusion (Liability) |
| BP 06 72 07 13 | Ohio - Stop Gap - Employer's Liability Coverage |
| BP 15 04 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| BP 79 70 01 07 | Welfare and Pension Plan ERISA Compliance |
| BP 79 74 07 13 | Amendment of Pollution Exclusion (Premises) |
| BP 79 82 01 07 | Employee Benefits Liability Coverage Endorsement |
| BP 79 96 07 13 | Businessowners Liability Extension Endorsement |
| BP 80 56 07 13 | Medical Office Endorsement |
| BP 80 65 01 07 | Spoilage Coverage Endorsement |
| BP 81 15 03 11 | Exclusion - Asbestos |
| BP 82 37 08 15 | Equipment Breakdown Coverage Endorsement |

In witness whereof, we have caused this policy to be signed by our authorized officers.

*Dexter R. Legg*

Dexter Legg
Secretary

Paul Condrin
President

To report a claim, call your Agent or 1-800-362-0000
DS 70 21 01 08



*Coverage Is Provided In:*
West American Insurance Company

**Commercial Protector Common Policy Declarations**

| | |
|---|---|
| Policy Number: | BZW (17) 57 14 92 26 |
| Policy Period: | From 06/15/2016 To 06/15/2017 12:01 am Standard Time at Insured Mailing Location |

**Named Insured**

CHAGRIN SURGERY CENTER LLC

**Agent**

(216) 289-1500
STRASSMAN INSURANCE SVC INC

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 82 42 07 13 | Businessowners Property Plus Extension |
| BP 82 46 06 09 | Employment - Related Practices Liability Coverage |
| BP 82 56 01 07 | Additional Insured-Lessor of Leased Equipment |
| BP 88 04 03 12 | Exclusion - Professional Services |
| BP 88 77 07 13 | Identity Theft Administrative Services and Expense Coverage |
| BP 88 78 07 13 | Business Personal Property Limit - Automatic Increase |
| BP 88 79 07 13 | Ohio Changes - Stop Gap - Extended Employers Liability Coverage |
*To report a claim, call your Agent or 1-800-362-0000*

DS 70 21 01 08

05/02/16  Electronically Issued 08/08/2012 09:06:00 / CV 17 884185 / Confirmation Nbr. 11398857 INSURED COPY    001105    PAGE 61 OF 212



Coverage is Provided In:
West American Insurance Company

Policy Number:
BZW(17) 57 14 92 26

Policy Period:
From 06/15/2016 To 06/15/2017
12:01 am Standard Time
at Insured Mailing Location

## Commercial Protector
## Policy Declarations

**Named Insured**

CHAGRIN SURGERY CENTER LLC

**Agent**

(216) 289-1500
STRASSMAN INSURANCE SVC INC

### SUMMARY OF LIMITS AND CHARGES

| Businessowners Liability Limits of Insurance | DESCRIPTION | LIMIT |
|---|---|---|
| | Liability and Medical Expenses - Occurrence | 1,000,000 |
| | Aggregate Limits of Insurance | |
| |     Products-Completed Operations | 2,000,000 |
| |     Other than Products-Completed Operations | 2,000,000 |
| | Broadened Coverage For Damage To Premises Rented To You | 1,000,000 |
| | Medical Expenses (Any One Person) | 15,000 |

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | Businessowners Location(s) Total | $4,355.00 |
| | Businessowners Other Coverage(s) Total | $1,258.00 |
| | Certified Acts of Terrorism Coverage | $28.00 |
| | **Total Charges:** | **$5,641.00** |

*Note: This is not a bill*

---

To report a claim, call your Agent or 1-800-362-0000

DS 70 22 01 08



**Coverage Is Provided In:**
West American Insurance Company

Policy Number:
**BZW(17) 57 14 92 26**
Policy Period:
**From 06/15/2016 To 06/15/2017**
*12:01 am Standard Time at Insured Mailing Location*

## Commercial Protector
## Declarations Schedule

**Named Insured**

CHAGRIN SURGERY CENTER LLC

**Agent**

(216) 289-1500
STRASSMAN INSURANCE SVC INC

### SUMMARY OF COVERAGES BY LOCATION

**0001** 24025 Commerce Park Ste 2, Beachwood, OH 44122-5823

| | | |
|---|---|---|
| **Property Characteristics** | Description: | |
| | Construction: Masonry Non-Combustible | |
| **Business Personal Property Coverage** | Occupancy: Surgeons Office | |
| | **DESCRIPTION** | |
| | Limit of Insurance | $2,387,718 |
| | Covered Causes of Loss | |
| | Special Form | |
| | Deductible | $1,000 |
| | Automatic Increase Business Personal Property | 2% |
| | *Premium* | *$4,288.00* |
| **Money and Securities** | **DESCRIPTION** | |
| | Limit of Insurance - Inside | $25,000 |
| | Limit of Insurance - Outside | $25,000 |
| | Deductible | $500 |
| | *Premium* | *Included* |
| **Spoilage** | **DESCRIPTION** | |
| | Limit of Insurance | $10,000 |
| | Deductible | $1,000 |
| | *Premium* | *$57.00* |

*To report a claim, call your Agent or 1-800-362-0000*



| Coverage is Provided in: | Policy Number: |
|---|---|
| West American Insurance Company | BZW(17) 57 14 92 26 |

Policy Period:
From 06/15/2016 To 06/15/2017
12:01 am Standard Time
at Insured Mailing Location

## Commercial Protector
## Declarations Schedule

**Named Insured**  |  **Agent**

CHAGRIN SURGERY CENTER LLC

(216) 289-1500
STRASSMAN INSURANCE SVC INC

### SUMMARY OF COVERAGES BY LOCATION - CONTINUED

Continuation of 0001 24025 Commerce Park Ste 2, Beachwood, OH 44122-5823

| Additional Insured | DESCRIPTION |  |
|---|---|---|
|  | Lessor of Leased Equipment |  |
|  | Office Equipment |  |
|  | See Endorsement |  |
|  |  | *No Charge* |
| Additional Insured | DESCRIPTION |  |
|  | Managers or Lessors of Premises |  |
|  | See Endorsement |  |
|  | *Premium* | **$10.00** |

### SUMMARY OF OTHER COVERAGES

| Employee Dishonesty Including Forgery and Alteration | DESCRIPTION |  |
|---|---|---|
|  | Limit of Insurance | $50,000 |
|  | Number of Employees | 10 |
|  | Deductible | $500 |
|  | *Premium* | *Included* |



Liberty Mutual Insurance
Terry Prichard
Commercial Insurance Property Claims
PO Box 515097
Los Angeles, CA 90051-5097
Fax: 888-268-8840

September 15, 2016

Chagrin Surgery Center LLC
24025 Commerce Park Suite 2
Beachwood, Ohio 44122
Attn: Barbara Cowling

Re: Insured: **Chagrin Surgery Center, LLC**
File No.: **23221628**
Loss Type: **Equipment Breakdown**
Date of Loss: **8-15-2016**
Loss Locations: **24025 Commerce Park Suite 2, Beachwood, Ohio 44112**

Dear Barbara,

This letter will serve to summarize adjustment activity with regard to the above referenced claim and to confirm coverage afforded for this loss.

We have reviewed the West American Insurance Company policy number BZW57149226 with effective dates of June 15, 2016 to June 15, 2017. Any recoverable loss is subject to the $1000.00 policy deductible. You have Business Personal property coverage of $2,387,718. 2% Automatic Increase to Business Personal Property. Replacement Cost is included.

This is an Equipment Breakdown loss to the exterior A/C rooftop unit. You do carry Equipment Breakdown coverage under form number BP8237 08/15. If you are responsible under your lease to repair this A/C unit please let me know so we can consider this for payment under this coverage.

When the A/C unit malfunctioned it caused the change in temperature or humidity causing some perishable items to be damaged by spoilage.

Equipment Breakdown coverage provides coverage for spoilage to perishable goods with a $50,000 limit of coverage. You have BP8065 01/07 endorsement that provides $10,000 coverage for spoilage to perishable goods. You also have BP8056 07/13 that provides $10,000 coverage for spoilage to perishable goods. You have total of $70,000 coverage for perishable goods.

Perishable goods would be defined in the policy as:
"Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

Coverage will be provided for the water damage to the equipment. Please send me those invoices for consideration.

We discussed the cabinets in that room possibly being damaged by water. Since they are attached to the building we need documentation showing Chagrin Surgery Center put in those cabinets and not the

Exhibit 2

building owner. If they were put in by Chagrin Surgery Center this could be considered Improvements and Betterments which would be covered due to the water damage.

Please feel free to give me a call if you have any questions. I can be reached at 513-262-1940.

Sincerely,

LIBERTY MUTUAL COMMERCIAL CLAIMS


Terry Prichard
General Adjuster, Large Loss Commercial Property
513-262-1940
Fax # 1-888-268-8840 Please make sure my name and claim number on all correspondence
Terry.prichard@libertymutual.com

CC: Strassman Insurance Service Inc.



Liberty Mutual Insurance
Terry Prichard
Commercial Insurance Property Claims
PO Box 515097
Los Angeles, CA 90051-5097
Fax:  888-268-8840

October 25, 2016

Bruce Rifkin
Public Adjuster
300 Craig Rd.
Manalapan, NJ 07726

Re:    Insured:    **Chagrin Surgery Center, LLC**
       File No.:    23221628
       Loss Type:    **Equipment Breakdown**
       Date of Loss:    8-15-2016
       Loss Locations:    24025 Commerce Park Suite 2, Beachwood, Ohio 44112

Dear Mr. Rifkin:

We have received and thank you for your email dated October 11, 2016.

We have reviewed your correspondence on the perishable items coverage. When the A/C unit malfunctioned it caused the change in temperature or humidity causing some perishable items to be damaged by spoilage. The lens inventory packages and disposables inventory packages were damaged by the change in temperature or humidity. They did not suffer actual physical water damage. Portions of the ones that were damaged were still in boxes that were stored in the room.

We maintain our position on coverage for these items based on the temperature or humidity change to perishable items. There is total of $70,000 coverage for perishable stock.

The foregoing is not intended to waive any defenses which are now, or which may hereafter become available to Liberty Mutual Insurance Company. The foregoing does not constitute a waiver of any term, condition, limitation, or exclusion of the insurance policy(ies) or any rights and defenses under the policy(ies), and Liberty Mutual Insurance Company hereby expressly reserves all of its rights and defenses thereunder, at law, in equity or otherwise including, but not limited to, the defense that the claim

Please feel free to give me a call if you have any questions. I can be reached at 513-262-1940.

Sincerely,


Terry Prichard
General Adjuster, Large Loss Commercial Property
Phone Number: 513-262-1940
Terry.prichard@libertymutual.com
Please make sure my name and claim number on all correspondence

CC:    Strassman Insurance Service Inc.

Exhibit 3

ORIGIN ID:BKLA (216) 443-7950  SHIP DATE: 08AUG17
CCOC                            ACTWGT: 1.00 LB
1200 ONTARIO                    CAD: 106501655/WSXI2900

CLEVELAND, OH 44113             BILL SENDER
UNITED STATES US

TO  **WEST AMERICAN INSURANCE COMPANY**

**50 WEST BROAD STREET, SUITE 1300**

**COLUMBUS OH 43215**
(216) 443-7950        REF: CV17884185
INV: 32957801
PO:                   DEPT:





FRI - 11 AUG 4:30P
TRK# 7798 5374 0273    EXPRESS SAVER
0201                                DSR
                                  43215
**SX GQQA**            OH-US    LCK





100366502

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| CHAGRIN SURGERY CENTER, LLC<br>    Plaintiff | Case No: CV-17-884185<br><br>Judge: BRENDAN J SHEEHAN |
| WEST AMERICAN INSURANCE COMPANY<br>    Defendant | **JOURNAL ENTRY** |

CMC BY PHONE SET FOR 09/28/2017 AT 09:00 AM BY TELEPHONE.
CASE MANAGEMENT CONFERENCE (CMC) WILL BE CONDUCTED BY TELEPHONE WITH THE COURT'S STAFF ATTORNEY.

PLAINTIFF'S COUNSEL SHALL INITIATE CONFERENCE CALL WITH ALL OTHER PARTIES AND CONTACT THE COURT'S STAFF ATTORNEY, JAYNE JAKUBAITIS (216-443-8611) PROMPTLY AT THE APPOINTED TIME. PARTIES SHALL HAVE THEIR CALENDARS AVAILABLE AND BE PREPARED TO DISCUSS SERVICE ISSUES, DISCOVERY PROGRESS, SCHEDULING MATTERS, AND ALTERNATIVE DISPUTE RESOLUTION OPTIONS.

THE PARTIES SHOULD NOT WAIT FOR THE CMC BEFORE BEGINNING TO CONDUCT DISCOVERY.

ANY PARTY WHO FAILS TO PARTICIPATE IN THE CMC WILL BE DEEMED TO HAVE ACCEPTED THE SCHEDULING ORDER ESTABLISHED BY THE COURT.

PARTIES MAY REQUEST THAT THE CASE MANAGEMENT CONFERENCE BE HELD IN PERSON WITH THE COURT BY FILING A MOTION AT LEAST SEVEN DAYS PRIOR TO THE SCHEDULED CASE MANAGEMENT CONFERENCE.

*/s/ Brendan J Sheehan*

Judge Signature      09/05/2017

09/03/2017

RECEIVED FOR FILING
09/05/2017 11:57:32
NAILAH K. BYRD, CLERK