# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| **CHAGRIN SURGERY CENTER, LLC,** | : | |
| Plaintiff, | : | Case No. 1:17-cv-01899 |
| v. | : | Judge Solomon Oliver, Jr. |
| **WEST AMERICAN INSURANCE COMPANY,** | : | Magistrate Judge Thomas M. Parker |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action. This resolves all claims as to all parties. Court costs to Defendant West American Insurance Company.

Respectfully submitted,

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
2/21/2018

/s/ Robert A. Rutter
Robert A. Rutter (0081503)
Robert P. Rutter (0021907)
RUTTER & RUSSIN, LLC
One Summit Office Park, Suite 650
4700 Rockside Road
Cleveland, OH 44131
Ph: (216) 642-1425
bobbyrutter@ohioinsurancelawyer.com
brutter@ohioinsurancelawyer.com
*Attorneys for Plaintiff Chagrin Surgery Center, LLC*

/s/ William M. Harter
William M. Harter (0072874)
Katherine M. Klingelhafer (0084901)
FROST BROWN TODD LLC
10 W Broad Street, Suite 2300
Columbus, OH 43215
Ph: (614) 464-1211
Fax: (614) 464-1737
wharter@fbtlaw.com
kklingelhafer@fbtlaw.com
*Attorneys for Defendant West American Insurance Company*